**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RAFAEL MÁRCIO MELILLO BASTOS,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | No. 23-cv-16369<br><br>Judge John F. Kness |

**FINAL JUDGMENT ORDER**

IT IS ORDERED THAT judgment is entered in favor of Plaintiff RAFAEL MÁRCIO MELILLO BASTOS ("Bastos" or "Plaintiff") and against all Defendants identified in the attached First Amended Schedule A who have not otherwise been dismissed from this action (the "Defaulting Defendants").

Defaulting Defendants have sold products using infringing versions of Bastos's federally registered copyrights, which are protected by United States Copyrights Registration No. VA 2-344-214; VA 2-344-031; VA 2-344-078; VA 2-344-075; VA 2-344-068; VA 2-344-209; VA 2-344-210; VA 2-344-212; VA 2-344-211; VA 2-344-067; VA 2-344-213; VA 2-344-041; VA 2-344-077; VA 2-344-215; and VA 2-344-225 (the "Rafael Bastos Works") to residents of Illinois. Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Rafael Bastos Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Bastos product or not authorized by Bastos to be sold in connection with the Rafael Bastos Works;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Bastos product or any other product produced by Bastos, that is not Bastos's or not produced under the authorization, control, or supervision of Bastos and approved by Bastos for sale under the Rafael Bastos Works;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Bastos, or are sponsored by, approved by, or otherwise connected with Bastos; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Bastos, nor authorized by Bastos to be sold or offered for sale, and which bear any of Bastos's copyrights, including the Rafael Bastos Works , or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online

2

marketplace platform such as Amazon Payments, Inc. ("Amazon"), Wish US Holdings LLC d/b/a Wish.com ("WISH"), Temu, LLC ("Temu"), and, Walmart Inc. ("Walmart"), (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a.    using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Rafael Bastos Works; and

    b.    operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Rafael Bastos Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Bastos product or not authorized by Bastos to be sold in connection with the Rafael Bastos Works.

3.    Upon Bastos's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Rafael Bastos Works.

4.    Under 17 U.S.C. § 504(c)(2), Bastos is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Rafael Bastos Works on products sold through at least the Defendant Internet Stores.

5.    Any Third Party Providers holding funds for Defaulting Defendants, including WISH, Temu, Amazon, and Walmart shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as WISH, Temu, Amazon, and Walmart, are hereby released to Bastos as partial payment of the above-identified damages, and Third Party Providers, including WISH, Temu, Amazon, and Walmart, are ordered to release to Bastos the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Bastos has recovered full payment of monies owed to it by any Defaulting Defendant, Bastos shall have the ongoing authority to commence supplemental proceedings under Rule 69 of the Federal Rules of Civil Procedure.

8. In the event that Bastos identifies any additional Defendant Internet Stores accounts or financial accounts owned by Defaulting Defendants, Bastos may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Rafael Márcio Melillo Bastos and any e-mail addresses provided for Defaulting Defendants by third parties.

9. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

**This is a Final Judgment**.

SO ORDERED in No. 23-cv-16369.

Date: June 11, 2024

JOHN F. KNESS
United States District Judge

**FIRST AMENDED SCHEDULE A**

| No. | Defendants |
|---|---|
| 1 | Glacierl |
| 2 | |
| 3 | |
| 4 | LCKUS |
| 5 | |
| 6 | 岭薇商贸 |
| 7 | Slicen.LLC |
| 8 | |
| 9 | |
| 10 | |
| 11 | TEEQU |
| 12 | |
| 13 | |
| 14 | |
| 15 | yangchanglindedianya |
| 16 | putianshixiuyuquzuozhichongbaihuoshanghang |
| 17 | |
| 18 | BOOGOBING |
| 19 | |
| 20 | PFKJDHNF |
| 21 | CHUNXIANGLOU |
| 22 | penglinli0606 |
| 23 | Moobla |
| 24 | NAOMI KAN |
| 25 | zhengzhoujingjijishukaifaqudajunjiabaihuodian |
| 26 | The Tea and Coffee House |
| 27 | |
| 28 | huangxif998 |
| 29 | |
| 30 | kunmingruiyangshuangshangmaoyouxiangongsi1 |
| 31 | |
| 32 | |
| 33 | |
| 34 | ICRIMAX【❤ 7-14 day delivery ❤】 |
| 35 | daxiongmaofubao |
| 36 | hushangmaoyingzequ |

| | |
|---|---|
| 37 | Bel'Veth.LLC |
| 38 | |
| 39 | |
| 40 | jiangminasdflkjsdfk |
| 41 | Marrykun |
| 42 | duyhao |
| 43 | |
| 44 | |
| 45 | KALABOOL |
| 46 | Diana Lysa |
| 47 | NewBornRabbit |
| 48 | |
| 49 | Beresearch |
| 50 | Sumiretatu |
| 51 | Masol Wissi |
| 52 | (7-15 Days Fast )fadafafdadfa |
| 53 | |
| 54 | VALENCIA GINGER LEE |
| 55 | BASANG SHOP09 |
| 56 | KieuTrangStore1 |
| 57 | NTBAStore |
| 58 | |
| 59 | |
| 60 | DreamCover33 |
| 61 | Kathleen PL |
| 62 | |
| 63 | MEHMET ALI COKYIGIT |
| 64 | Stancampiano Sh |
| 65 | hanguoxin1995 |
| 66 | |
| 67 | 山西夫时面贸易有限公司 |
| 68 | rarun.p |
| 69 | |
| 70 | |
| 71 | |
| 72 | |
| 73 | |
| 74 | |
| 75 | |

6

| | |
|---|---|
| 76 | |
| 77 | |
| 78 | |
| 79 | |
| 80 | |
| 81 | |
| 82 | |
| 83 | |
| 84 | |
| 85 | |
| 86 | |
| 87 | |
| 88 | |
| 89 | |
| 90 | |
| 91 | |
| 92 | |
| 93 | |
| 94 | |
| 95 | |
| 96 | |
| 97 | Buluodetaiyang |
| 98 | FC-ELEC |
| 99 | |
| 100 | |
| 101 | |
| 102 | |
| 103 | |
| 104 | |
| 105 | Chenghy Store |
| 106 | TiHu |
| 107 | SONGSHANQUQIFABAIHUODIAN |
| 108 | QIJIAYI |
| 109 | |
| 110 | |
| 111 | |
| 112 | |
| 113 | |
| 114 | |

| | |
|---|---|
| 115 | SFDG Household Supplies |
| 116 | Softy Life |
| 117 | |
| 118 | |
| 119 | |
| 120 | |
| 121 | |
| 122 | |
| 123 | |
| 124 | |
| 125 | |
| 126 | |
| 127 | |
| 128 | |
| 129 | |
| 130 | |
| 131 | |
| 132 | |
| 133 | Brickstoy21 |
| 134 | Vogue Flair |
| 135 | Discover Life |
| 136 | Yizhuang Armoire |
| 137 | |
| 138 | |
| 139 | |
| 140 | |
| 141 | Amlion Store |
| 142 | BEINAN Trading Company |
| 143 | Dkelincs |
| 144 | Self-Design Clothing Shop |
| 145 | Home Gifts |
| 146 | |
| 147 | |
| 148 | |
| 149 | GoBuy |
| 150 | Aolun Decor |
| 151 | |
| 152 | |
| 153 | |

| | |
|---|---|
| 154 | |
| 155 | |
| 156 | |
| 157 | |
| 158 | |
| 159 | |
| 160 | Pixie Babies |
| 161 | |
| 162 | |
| 163 | Bobe Kids clothes |
| 164 | |
| 165 | |
| 166 | |
| 167 | |
| 168 | Moda ioo |
| 169 | SALONI |
| 170 | |
| 171 | A cat for children |
| 172 | Axon children wear |
| 173 | |
| 174 | Handsome Mr |
| 175 | |
| 176 | |
| 177 | PETIT ENZO |
| 178 | Fashion Hooray |
| 179 | conjecture |
| 180 | zitongChildrens clothing |
| 181 | |
| 182 | |
| 183 | |
| 184 | Superior abc |
| 185 | CHANGSHENG JEANS |
| 186 | |
| 187 | DIDA |
| 188 | |
| 189 | Childrens Shop |
| 190 | |
| 191 | Wangyue0456 |
| 192 | trfghfgdgd |

9

| | |
|---|---|
| 193 | fjbgdx |
| 194 | weiyuexiao1314 |
| 195 | liudawnag23936 |
| 196 | Vittorio |
| 197 | lubowitzwilber |
| 198 | chenjoe |
| 199 | miaomiao8868 |
| 200 | The Crafty Cove |
| 201 | wing4932 |
| 202 | Durax |
| 203 | Fashion Wearing |
| 204 | fenhuaxueye |
| 205 | liuyi52196 |